PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-po-00238-SAB |
| Plaintiff, | [Citation #E1762259 CA51] |
| v. | |
| RAMESHA L. SAVANNAH | STIPULATION TO ALLOW TRAFFIC SCHOOL, FIXED-SUM PAYMENT, AND VACATE TRIAL DATE; AND ORDER |
| Defendant. | TRIAL DATE: July 28, 2023 |

IT IS HEREBY STIPULATED by and between the parties through Special Assistant United States Attorney Chan Hee Chu, counsel for the United States of America, and Defendant Ramesha L. Savannah, that Citation No. E1762259-CA51 shall be resolved by defendant's participation and completion of traffic school, forfeiture of collateral as determined by the Court in a subsequent Order to Pay (not to exceed $100 for the citation and $100 for the failure to appear, along with a $30 processing fee). Defendant properly submitted her traffic school request online on June 14, 2023, and has been approved for traffic school as she meets the criteria for same.

/ / /

/ / /

/ / /

/ / /

The parties further respectfully request that the trial date in this matter, currently set for July 28, 2023, be vacated as this matter is being resolved by participation and completion of traffic school, along with forfeiture of collateral and payment of the processing fee.

DATED: June 21, 2023               Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Chan Hee Chu*
CHAN HEE CHU
Special Assistant United States Attorney

DATED: June 21, 2023               Respectfully submitted,

By:   /s/ *Ramesha L. Savannah*
RAMESHA L. SAVANNAH, Defendant

# **O R D E R**

IT IS HEREBY ORDERED as follows:

1. That defendant be allowed to participate and complete traffic school;
2. That defendant pays a fine of $200 and a processing fee of $30 for a total of $230 upon proof of completion of traffic school and in accordance with this Court's order; and
3. That the trial date currently set for July 28, 2023, be hereby vacated, all in the interest of justice.

IT IS SO ORDERED.

Dated:   **June 21, 2023**

UNITED STATES MAGISTRATE JUDGE